# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
SoCo-Piedmont, J.V., LLC ) ASBCA No. 59666
)
Under Contract No. W912QR-10-C-0082 )

APPEARANCE FOR THE APPELLANT: Harry Z. Rippeon III, Esq.
　Smith, Currie & Hancock LLP
　Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
　Engineer Chief Trial Attorney
Jennifer M. Payton, Esq.
　Engineer Trial Attorney
　U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled pursuant to an ADR proceeding, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 17 February 2016

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59666, Appeal of SoCo-Piedmont, J.V., LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals